IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KENNETH SWEETING, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:11cv00334 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| M. STANFORD, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Sweeting's motion to join a new defendant (Docket No. 65) is **DENIED**; Sweeting's motion for default judgment (Docket No. 101) is **DENIED**; defendants' motion to dismiss (Docket No. 58) is **GRANTED**, and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 24th day of September, 2012.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE